AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hughes, Lynn N | Southern District of Texas | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Suite 11122<br>515 Rusk Avenue<br>Houston, Texas 77002-2605 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate Four (no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 P 12: 55 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Geo. Mason Univ. Law & Economics Center | Seminar, Tucson, travel, lodging, board, 10/21--10/27 |
| 2. | Industrial College of the Armed Forces | Seminar, Washington, program only 1/25--1/28 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | D | Rent | N | R | Devise | | | | 12/30/1991 $185,500 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | M | R | Devise | | | | 12/30/1991 $332,112 |
| 4. Tract Three, store, Colorado County, Texas | | | | | Sale | 3/10 | K | D | Charitable Trust 3rd Pty |
| 5. Mortgage Tract Three | B | Interest | K | U | Exchangr | 3/10 | K | | Charitable Trust 3rd Pty |
| 6. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 7. Alliance Bernstein Tech | | | K | T | | | | | |
| 8. Jennison 20/20 Focus | A | Distribution | K | T | | | | | |
| 9. Van Kampen Emerging Markets | A | Distribution | L | T | | | | | |
| 10. ** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 11. Strategic Partners Oppor. MCV | | | K | T | | | | | |
| 12. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 13. Sun Micro | | | K | T | | | | | |
| 14. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 15. Unocal now Chevron | C | Dividend | M | T | | | | | Merger |
| 16. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 17. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo & Co | C | Dividend | M | T | | | | | |
| 19. ** Estate Four ****** | | ******* | | | ******** | | | | ******* |
| 20. UBS Pace Global Income | A | Distribution | | | Sell | 12/9 | K | A | |
| 21. UBS High Income | A | Distribution | J | T | Sell | 12/9 | J | A | |
| 22. TXU Corp | A | Dividend | J | T | Sell | 12/9 | J | A | |
| 23. UBS Cashfund | A | Interest | J | T | | | | | Note One |
| 24. Putnam Global Equity | A | Distribution | J | T | | | | | |
| 25. Templeton Growth | B | Distribution | L | T | Buy | 12/9 | L | | |
| 26. ** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 27. AIM International Growth | C | Distribution | N | T | Sell | 4/5 | K | A | |
| 28. ING Financial | A | Distribution | | | Sell | 3/14 | M | | |
| 29. AIM International Fund-Asia | A | Distribution | | | Sell | 4/5 | K | B | |
| 30. Belmar Capital Fund LLC | E | Distribution | P1 | T | | | | | |
| 31. Jennison Equity Opportunity | B | Distribution | N | T | | | | | |
| 32. AIM Basic Value | A | Distribution | N | T | | | | | |
| 33. Jennison US Emerging Growth | | | N | T | | | | | |
| 34. Pioneer | A | Distribution | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Barney Aggressive Growth | | | O | T | | | | | |
| 36. AIM Developing Markets | C | Distribution | | T | Sell | 4/5 | K | D | |
| 37. **** Minerals ************* | | | | | ************ | | | | ****************** |
| 38. MI-03 | A | Royalty | J | W | | | | | Everest Minerals-Whit |
| 39. MI-04 | | | | | Shut 2004 | | | | Galloway |
| 40. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 41. MI-16 | | Royalty | | | Shut | | | | Caswell Silver now Blue Door |
| 42. MI-17 | B | Royalty | K | W | | | | | Burlington Resources |
| 43. MI-19 | A | Royalty | J | W | | | | | McLane |
| 44. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 45. MI-22 | A | Royalty | J | W | | | | | Devon Energy |
| 46. MI-30 | | None | | | Shut | | | | Wagner Oil Clay |
| 47. MI-31 | B | Royalty | L | W | | | | | Wagner Oil Shier |
| 48. MI-33 | | None | | | Undrilled | | | | Dudley Land Co. |
| 49. MI-34 | | None | J | W | Shut | | | | Kaiser-Francis |
| 50. MI-35 | | None | | | Unleased | | | | Everest Minerals-Brown |
| 51. *** Money Market Funds *** | | ********* | | | ******** | | | | ******** |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wachovia | B | Interest | L | T | | | | | Note One |
| 53. ** Bank Accounts ******* | | ******* | | | ********* | | | | ******* |
| 54. JPMorgan-Chase | A | Interest | M | T | | | | | |
| 55. Compass Bank - T | A | Interest | K | T | | | | | |
| 56. Compass Bank - G | A | Interest | K | T | | | | | |
| 57. Compass Bank - P | A | Interest | J | T | | | | | |
| 58. Wells Fargo | A | Interest | M | T | | | | | |
| 59. ????ING Large Cap Growth | | None | L | T | | | | | |
| 60. ** Mutual Funds Two ****** | | ********* | | | ******** | | | | ******* |
| 61. Delaware US Growth | A | Distribution | O | T | | | | | |
| 62. Delaware International Equity | D | Distribution | M | T | | | | | |
| 63. Delaware Trend | | | N | T | | | | | |
| 64. Van Kampen Emerging Markets | | | M | T | | | | | |
| 65. Delaware Small Cap Value | E | Distribution | N | T | | | | | |
| 66. Jennison Equity Opportunity | D | Distribution | M | T | | | | | |
| 67. Delaware Divers Value | D | Distribution | O | T | | | | | ex USG&I, Lrg Cap Val |
| 68. Alliance Bern-Biotech | A | Distribution | | | Sell | 2/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ** Goverment Bonds ******* | | ******* | | | ******** | | | | ******* |
| 70. West University Place, 1996s | B | Interest | K | T | | | | | |
| 71. Weld County, Colorado, Schools | A | Interest | J | T | | | | | |
| 72. Adams County, Colorado, Schools | B | Interest | K | T | | | | | |
| 73. Round Rock, Texas, ISD | A | Interest | K | T | | | | | |
| 74. Arizona Student Housing | C | Interest | L | T | | | | | |
| 75. Bell County, Texas | B | Interest | K | T | | | | | |
| 76. Cinco, Texas Mun Util Dist | C | Interest | K | T | | | | | |
| 77. Hays, Texas, ISD - 2 | C | Interest | L | T | | | | | |
| 78. Illinois Health - 2 | | Interest | M | T | | | | | |
| 79. Hays, Texas ISD | B | Interest | K | T | | | | | |
| 80. Idaho Housing | A | Interest | K | T | Call | 7/1 | J | | |
| 81. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 82. Maine 2000 | C | Interest | L | T | | | | | |
| 83. ** End ******* | | ******* | | | ******** | | | | ************* |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hughes, Lynn N | 05/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note One: Cash balances in brokerage accounts bear interest at the broker's money market rate.

Note Two: Capital gains distributions in mutual funds are automatically reinvested.

Note Three: Mutual Funds Two moved to the end when the data were imported. Sorry. Otherwise tyhe reports should be nearly parallel.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____05.15.06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544